**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHRISTIAN AZAEL ALVAREZ GARCIA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-26-165-JD** |
| | ) | |
| **ROBERT CERNA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER TO SHOW CAUSE

On February 2, 2026, the Court granted Petitioner's counsel's motion to proceed pro hac vice and ordered Petitioner's counsel Melissa M. Henry to file her entry of appearance not later than February 4, 2026.  Doc. 9.  Though (1) Ms. Henry has been ordered by the Court to do so, *id.*, and (2) the Court's Local Civil Rules require that she do so, LCvR83.4, Ms. Henry has not filed her entry of appearance.  The Court cautions counsel that she is expected to comply with the Court's orders and all relevant rules, and the Court expects strict compliance in the future.

Ms. Henry is **ORDERED** either to comply with the Court's Order to file her entry of appearance in accordance with Local Civil Rule 83.4 or to show cause for her failure to comply not later than **February 10, 2026**.

**IT IS SO ORDERED** this 9th day of February, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE