**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

CHRISTIAN AZAEL ALVAREZ GARCIA,    )
                              )
        Petitioner,    )
                              )
v.    )    Case No. CIV-26-00165-JD
                              )
ROBERT CERNA, et al.,    )
                              )
        Respondents.    )

## JUDGMENT

Pursuant to the Court's Order filed today, the Court dismisses without prejudice Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] for lack of jurisdiction. The Court further denies as moot Petitioner's Emergency Motion for Temporary Restraining Order [Doc. No. 4].

Entered this 15th day of April 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE